AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
UNITED STATES MARSHALS

SEP 11 2015

DISTRICT OF NORTH DAKOTA

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
| v. | ) |
| Simon Riley | ) Case No. 3:15-mj-121 |
|  | ) |
|  | ) |
| Defendant | ) |

RECEIVED
UNITED STATES MARSHALS

[...] 2015

DISTRICT OF NORTH DAKOTA

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Simon Riley                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violations of Title 18, U.S.C. 2251(d)(1) - Sexual Exploitation of Children

Date: 09/11/2015

City and state:   Bismarck   ~~Fargo~~, ND

*Issuing officer's signature*

Alice R. Senechal, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/11/15, and the person was arrested on *(date)* 9/14/15
at *(city and state)* ORLANDO, FL.

Date: 10/22/15

*Arresting officer's signature*

DAVID G. BONN   DDUSM
*Printed name and title*